LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: lleone@leonealberts.com
          kalberts@leonealberts.com

Attorneys for Defendants
Governing Board of Trustees For Oakland Unified School District, Tara Gard, Kyla Johnson-Trammell, and Jenine Lindsey

[Plaintiffs' counsel shown on page 2]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual, LESLIE TAVERNIER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNING BOARD OF TRUSTEES FOR OAKLAND UNIFIED SCHOOL DISTRICT; KYLA JOHNSON-TRAMMELL, individually; TARA GARD, individually; and JENINE LINDSEY, individually, <br><br> Defendants. | Case No.: 4:21-cv-03323-HSG <br><br> **JOINT STIPULATION AND ORDER REGARDING FILING OF THE PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO THE DEFENDANT BOARD'S MOTION TO DISMISS** <br><br> [Civ. L. R. 6-2, 7-12] |

**WHEREAS,** on July 2, 2021, Defendant GOVERNING BOARD OF TRUSTEES FOR THE OAKLAND UNIFIED SCHOOL DISTRICT ("the OUSD Board") filed and served its Motion to Dismiss in response to Plaintiffs GINA GARRETT and LESLIE TAVERNIER'S Complaint.  This Motion to Dismiss is set for hearing on September 30, 2021;

**WHEREAS**, pursuant to Local Rule 7, Plaintiffs' Opposition to the OUSD Board's Motion to Dismiss was due on July 16, 2021, and OUSD Board's Reply was due on July 23, 2021;

1     **WHEREAS**, on July 16, 2021, Plaintiffs filed a document entitled 'Opposition' to the Board's Motion to Dismiss, and then amended that Opposition on July 19, 2021 (Docs. 16, 18);

    **WHEREAS**, on July 23, 2021, Plaintiffs filed a Notice of Medical Emergency stating that Plaintiffs' counsel, Kay Parker, was experiencing a medical emergency (Doc. 20), which delayed the filing of "Plaintiffs' Memorandum of Points & Authorities in Support of Opposition to OUSD Board's Motion to Dismiss";

    **WHEREAS,** later on the same day, OUSD Board timely filed its reply in support of its Motion to Dismiss (Doc. 21);

    **WHEREAS**, due to Plaintiffs' counsel's medical emergency, Plaintiffs desire to file a "Memorandum of Points & Authorities in Support of Opposition to OUSD Board's Motion to Dismiss" after the deadline to do so has passed and after OUSD Board has filed its reply brief;

    Pursuant to Local Rule 6-2, Plaintiffs GINA GARRETT and LESLIE TAVERNIER and Defendants OUSD BOARD, TARA GARD, JENINE LINDSEY, AND KYLA JOHNSON-TRAMMELL, by and through their respective counsel of record, do hereby stipulate to the following:

    1) if the Court executes the Order set forth below, Plaintiff will have 1 court day from the filing of the executed Order to file their Memorandum of Points & Authorities in Support of Opposition to OUSD Board's Motion to Dismiss;

    2) Defendant OUSD Board will have ten (10) days from the filing of the Memorandum of Points & Authorities in Support of Opposition to OUSD Board's Motion to Dismiss to file a supplemental reply brief.

    **IT IS SO STIPULATED.**

Dated: July 31, 2021     **LAW OFFICES OF KAY M. PARKER AND DRAKE LEGAL GROUP**
By:    */S/ KAY M. PARKER*
Kay M. Parker
Attorneys for Plaintiffs
Gina Garrett and Leslie Tavernier

JOINT STIPULATION AND ORDER     Case No.: 4:21-cv-03323-HSG
RE PLFS' MPAs ISO OPP. TO BOARD'S MTN. DISMISS

Dated:  July 31, 2021

**LEONE & ALBERTS**

    s/ *Katherine Alberts*
KATHERINE A. ALBERTS
Attorney for Defendants
Governing Board of Trustees for Oakland Unified School District, Kyla Johnson-Trammell, and Jenine Lindsey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: 8/3/2021**

*/s/ Haywood S. Gilliam, Jr.*
**Hon. Haywood S. Gilliam, Jr.**
**United States District Judge**