KAY M. PARKER, ESQ. (SBN 143140)
3700 Tully Rd., #16
Modesto, CA 95356
Tel. (559) 260-7171
Email: kay@mckenzieparker.com

JAMES F. DRAKE, IV (SBN 301178)
**DRAKE LAW GROUP**
620 Newport Center Dr., Ste. 1100
Newport Beach, CA 92660
Tel. (833) 372-5354
Email: james@drakelfg.com

ATTORNEYS FOR PLAINTIFFS

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:    (925) 974-8600
Facsimile:    (925) 974-8601
Email: lleone@leonealberts.com
         kalberts@leonealberts.com

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA GARRETT, an individual, LESLIE TAVERNIER, an individual,<br><br>            Plaintiffs,<br><br>     vs.<br><br>GOVERNING BOARD OF TRUSTEES FOR OAKLAND UNIFIED SCHOOL DISTRICT; KYLA JOHNSON-TRAMMELL, individually; TARA GARD, individually; and JENINE LINDSEY, individually,<br><br>            Defendants. | **Case No.: 4:21-cv-03323-HSG**<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR FILING OF PLAINTIFFS' OPPOSITION TO THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**<br><br>**[Civ. L. R. 6-2, 7-12]** |

1

JOINT STIPULATION AND ORDER                                    Case No.: 4:21-cv-03323-HSG
RE PLFS' OPP. TO INDIVIDUAL DEFS' MTN. DISMISS

1  **WHEREAS,** on August 27, 2021, Individual Defendants KYLA JOHNSON-
2  TRAMMELL, TARA GARD, and JENINE LINDSEY ("the Individual Defendants") filed and
3  served their Motion to Dismiss (Doc. 34) in response to Plaintiffs GINA GARRETT and LESLIE
4  TAVERNIER'S Complaint.  This Motion to Dismiss is set for hearing on **December 16, 2021**;

5  **WHEREAS**, pursuant to Local Rule 7, the due date is **September 10, 2021** for Plaintiffs'
6  Opposition to the Individual Defendants' Motion to Dismiss for the December 16, 2021 hearing;

7  **WHEREAS**, Plaintiffs' counsel KAY PARKER is currently scheduled for eye surgery in
8  approximately 3 weeks and wishes to finalize the Plaintiffs' OPPOSITION TO THE
9  INDIVIDUAL DEFENDANTS' MOTION TO DISMISS after she has completed and recovered
10 from her eye surgery, there being no urgency to have it filed by September 10, 2021 for the
11 December 16, 2021 hearing;

12 **THEREFORE,** pursuant to Local Rule 6-2, Plaintiffs GINA GARRETT and LESLIE
13 TAVERNIER and the Individual Defendants TARA GARD, JENINE LINDSEY, AND KYLA
14 JOHNSON-TRAMMELL, by and through their respective counsel of record, do hereby stipulate
15 to the following:

16 1) If the Court executes the Order set forth below, Plaintiffs GINA GARRETT and LESLIE
17 TAVERNIER will have until October 19, 2021 to file and serve their Opposition to the Individual
18 Defendants' Motion to Dismiss, set for hearing December 16, 2021.  Defendants' will have until
19 November 2, 2021 to file and serve their Reply Brief.

20 **IT IS SO STIPULATED.**

21 Dated:  Sept. 9, 2021                    **LAW OFFICES OF KAY M. PARKER AND**
22                                         **DRAKE LEGAL GROUP**
                                            By:     */S/ KAY M. PARKER*
23                                          Kay M. Parker
                                            Attorneys for Plaintiffs
24                                          Gina Garrett and Leslie Tavernier

25

26 Dated:  Sept. 9, 2021                    **LEONE & ALBERTS**
                                                   s/ *Katherine Alberts*
27                                          KATHERINE A. ALBERTS

Attorney for Defendants
Governing Board of Trustees for Oakland Unified School District, Kyla Johnson-Trammell, and Jenine Lindsey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 9/10/2021

_____
**Hon. Haywood S. Gilliam, Jr.**
**United States District Judge**