```
 1  LOUIS A. LEONE, ESQ. (SBN: 099874)
    KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
 2  LEONE & ALBERTS
    A Professional Corporation
 3  1390 Willow Pass Road, Suite 700
    Concord, CA 94520
 4  Telephone:    (925) 974-8600
    Facsimile:    (925) 974-8601
 5  Email: lleone@leonealberts.com
           kalberts@leonealberts.com
 6
 7  Attorneys for Defendants
    Governing Board of Trustees For Oakland Unified School District, Tara Gard,
 8  Kyla Johnson-Trammell, and Jenine Lindsey
 9
    [Plaintiffs' counsel shown on page 2]
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual, LESLIE TAVERNIER, an individual,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GOVERNING BOARD OF TRUSTEES FOR OAKLAND UNIFIED SCHOOL DISTRICT; KYLA JOHNSON-TRAMMELL, individually; TARA GARD, individually; and JENINE LINDSEY, individually,<br><br>         Defendants.<br><br>3:00 p.m. | Case No.: 4:21-cv-03323-HSG<br><br>**JOINT STIPULATION AND ORDER RE SHORT EXTENSION OF PARTIES' DUE DATE FOR BRIEFS WITHOUT AFFECTING HEARING DATE ON MOTIONS TO DISMISS AND CMC**<br><br>DATE:  November 18, 2021<br>TIME:    2:00 pm<br>**COURTROOM 2, 4TH FLOOR**<br><br>[Civ. L. R. 6-2, 7-12] |

;

   **WHEREAS**, counsel for the parties have met and conferred and agreed to stipulate to a short extension on the due date for the remaining briefs related to the Defendants' Motions to Dismiss and the Initial Case Management Conference set for hearing on November 18, 2021 at 2:00 p.m.;

   **WHEREAS**, pursuant to Local Rule 6-2, Plaintiffs GINA GARRETT and LESLIE

1

TAVERNIER ("Plaintiffs") and Defendant OUSD BOARD and Individual Defendants TARA GARD, JENINE LINDSEY, AND KYLA JOHNSON-TRAMMELL ("Individual Defendants"), by and through their respective counsel of record, do hereby stipulate to the following:

Plaintiffs Memorandum in Opposition to the Individual Defendants' Motions to Dismiss shall be filed on October 22, 2021;

Individual Defendants' Reply to Plaintiffs' Opposition to Individual Defendants' Motions to Dismiss shall be filed on November 4, 2021;

Unless otherwise ordered by the Court, all other dates remain unchanged.

**IT IS SO STIPULATED.**

Dated:  Oct.19, 2021            **LAW OFFICES OF KAY M. PARKER AND DRAKE LEGAL GROUP**
By:      */S/ KAY M. PARKER*
Kay M. Parker
Attorneys for Plaintiffs
Gina Garrett and Leslie Tavernier

Dated:  Oct.19, 2021            **LEONE & ALBERTS**
s/ *Katherine Alberts*
KATHERINE A. ALBERTS
Attorney for Defendants
Governing Board of Trustees for Oakland Unified School District, Kyla Johnson-Trammell, and Jenine Lindsey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: 10/20/2021**            /s/ Haywood S. Gilliam Jr.
**Hon. Haywood S. Gilliam, Jr.**
**United States District Judge**

2

JOINT STIPULATION AND ORDER RE SHORT EXTENSION ON PARTIES BRIEFING FOR NOVEMBER 18, 2021 - 2:00 pm HEARINGS                Case No.: 4:21-cv-03323-HSG