m

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual,<br>LESLIE TAVERNIER, an individual,<br><br>             Plaintiffs,<br>   vs.<br><br>GOVERNING BOARD OF TRUSTEES FOR OAKLAND UNIFIED SCHOOL DISTRICT;<br>KYLA JOHNSON-TRAMMELL, individually;<br>TARA GARD, individually; and,<br>JENINE LINDSEY, individually,<br><br>             Defendants. | Case No.:  4:21-cv-03323-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE OPPOSITION PAPERS**<br><br>[Civil L.R. 6-3]<br><br>**Honorable Haywood S. Gilliam, Jr.** |

      On October 26, 2021, Gina Garrett and Leslie Tavernier ("Plaintiffs"), by their counsel Kay Parker, filed an Emergency Motion for Order Enlarging Time for the filing of their remaining papers opposing the individually named Defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. Proc. 12 (b) (6) that is set for hearing on November 18,

2021 at 2:00 p.m.   The Defendants had originally set the hearing on their motion for December 6, 2021 and the Court recently rescheduled the hearing to November 18, 2021. Thereafter, the parties obtained the current stipulated order setting the filing date for Plaintiffs' opposing papers to October 22, 2021 and Defendants' reply papers to November 4, 2021.

Ms. Parker explains that the 4-day extension is requested because she has not been able to complete the opposing papers before now due to a reaction to new eye medications post-surgery that she had not anticipated. She has attached Exhibit "A", a letter from the treating physician Dr. Carlos Medina dated October 26, 2021.

Ms. Parker indicated that she had attempted several times to contact Defendants' counsel for another stipulation but had not heard back from her by October 26, 2021.  Further, Ms. Parker suggests that the Defendants should also have a 4-day extension of time so as to avoid any prejudice to them, whereby their reply papers would be filed on November 8, 2021 instead of November 4, 2021.  No other dates have been set in this case.

The Court finds GOOD CAUSE exists and hereby orders that Plaintiffs' opposing papers that are now ready for filing be filed forthwith and, further, that Defendants may file their reply papers by November 8, 2021.  The hearing date and time will remain as set for November 18, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:   10/27/2021                                   _____
                                                                        Haywood S. Gilliam, Jr.
                                                                        United States District Judge