LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601
Email: lleone@leonealberts.com
           kalberts@leonealberts.com

Attorneys for Defendants
Governing Board of Trustees For Oakland Unified School District, Tara Gard, Kyla Johnson-Trammell, and Jenine Lindsey

[Plaintiffs' counsel shown on page 2]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual, LESLIE TAVERNIER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNING BOARD OF TRUSTEES FOR OAKLAND UNIFIED SCHOOL DISTRICT; KYLA JOHNSON-TRAMMELL, individually; TARA GARD, individually; and JENINE LINDSEY, individually,<br><br>Defendants.<br><br>3:00 p.m. | Case No.: 4:21-cv-03323-HSG<br><br>**JOINT STIPULATION AND ORDER RE SHORT EXTENSION OF TIME RE: INDIVIDUAL DEFENDANTS' REPLY BRIEF**<br><br>DATE:   November 18, 2021<br>TIME:     2:00 pm<br>COURTROOM 2, 4TH FLOOR<br><br>[Civ. L. R. 6-2, 7-12] |

**WHEREAS**, the Individual Defendants' Reply Brief is currently due on November 8, 2021;

**WHEREAS,** counsel for Defendants has experienced a family medical issue that has necessitated the need for a brief extension of time on the Individual Defendants' Reply Brief;

///

///

**WHEREAS**, counsel for the parties have met and conferred and agreed to stipulate to a short extension on the due date for the Reply Brief related to the Individual Defendants' Motions to Dismiss and the Initial Case Management Conference set for hearing on November 18, 2021 at 2:00 p.m.;

**WHEREAS**, pursuant to Local Rule 6-2, Plaintiffs GINA GARRETT and LESLIE TAVERNIER ("Plaintiffs") and Defendant OUSD BOARD and Individual Defendants TARA GARD, JENINE LINDSEY, AND KYLA JOHNSON-TRAMMELL ("Individual Defendants"), by and through their respective counsel of record, do hereby stipulate to the following:

Individual Defendants' Reply to Plaintiffs' Opposition to Individual Defendants' Motions to Dismiss shall be filed on November 11, 2021;

Unless otherwise ordered by the Court, all other dates remain unchanged.

**IT IS SO STIPULATED.**

Dated: Oct.19, 2021        **LAW OFFICES OF KAY M. PARKER AND DRAKE LEGAL GROUP**

　　　　　　　　　　　　　　　　　/s/ *Kay M. Parker*
　　　　　　　　　　　　　　　Kay M. Parker
　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　Gina Garrett and Leslie Tavernier

Dated: Oct.19, 2021        **LEONE & ALBERTS**

　　　　　　　　　　　　　　　　　/s/ *Katherine Alberts*
　　　　　　　　　　　　　　　KATHERINE A. ALBERTS
　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　Governing Board of Trustees for Oakland Unified School District, Kyla Johnson-Trammell, and Jenine Lindsey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 11/8/2021

　　　　　　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　**Hon. Haywood S. Gilliam, Jr.**
　　　　　　　　　　　　　　　**United States District Judge**