LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: lleone@leonealberts.com
           kalberts@leonealberts.com

Attorneys for Defendants
TARA GARD AND KYLA JOHNSON-TRAMMELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KYLA JOHNSON-TRAMMELL, individually;<br>TARA GARD, individually;<br><br>Defendants. | **Case No.: 4:21-cv-03323-HSG**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiff GINA GARRETT and Defendants TARA GARD, and KYLA JOHNSON-TRAMMELL, by and through their respective counsel of record, do hereby stipulate to the following:

1) Defendants have up to and including April 14, 2022 to respond to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated:  March 23, 2022            **LAW OFFICES OF KAY M. PARKER**

                                              _s/ Kay M. Parker_
                                              KAY MCKENZIE PARKER
                                              Attorney for Plaintiff
                                              Gina Garrett

Dated: March 23, 2022

**LEONE ALBERTS & DUUS**

s/ *Katherine Alberts*
KATHERINE A. ALBERTS
Attorney for Defendants
Kyla Johnson-Trammell and Tara Gard

I, Katherine A. Alberts, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Kay M. Parker has concurred in this filing.

/s/ Katherine A. Alberts

**ORDER**

PURSUANT TO STIPULATION of the parties and good cause appearing therefrom, it is ordered as follows:

1) The Defendants have up to and including April 14, 2022 to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: 3/25/2022

Hon. Haywood S. Gilliam, Jr.
Judge of the U.S. District Court
Northern District of California