# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual.<br><br>　　　　　　Plaintiff,<br>vs.<br><br>KYLA JOHNSON-TRAMMELL, an individual;<br>TARA GARD, an individual,<br><br>　　　　　　Defendants. | Case No. 4:21-CV-03323-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STIPULATIONS FOR SCHEDULING ORDER**<br><br>HON. HAYWOOD S. GILLIAM, JR. |

**THE COURT HEREBY GRANTS THE EX PARTE MOTION OF PLAINTIFF GINA GARRETT FOR AN EXTENSION OF TIME TO FILE STIPULATIONS FOR ORDERS PURSUANT TO THE COURT'S ORDER OF MARCH 29, 2022.**

**THE PARTIES SHALL HAVE UNTIL** April 7, 2022 **TO FILE THE STIPULATIONS FOR ORDERS.**

**IT IS SO ORDERED.**

**Dated:  4/6/2022**

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**HON. HAYWOOD S. GILLIAM, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**