IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT, an individual. | Case No. 4:21-CV-03323-HSG |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STIPULATIONS FOR SCHEDULING ORDER** |
| vs. | |
| KYLA JOHNSON-TRAMMELL, an individual; TARA GARD, an individual, | HON. HAYWOOD S. GILLIAM, JR. |
| Defendants. | |

THE COURT HEREBY GRANTS THE EX PARTE MOTION OF PLAINTIFF GINA GARRETT FOR AN EXTENSION OF TIME TO FILE STIPULATIONS FOR ORDERS PURSUANT TO THE COURT'S ORDER OF MARCH 29, 2022.

THE PARTIES SHALL HAVE UNTIL BY THE CLOSE OF BUSINESS ON MONDAY, MAY 16, 2022 TO FILE THE STIPULATIONS FOR ORDERS.

IT IS SO ORDERED.

Dated: 5/13/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE