1  Kay M. Parker (SBN 143140)
   LAW OFFICE OF KAY M. PARKER
2  3700 Tully Rd., #16
   Modesto, CA 95356
3  Telephone: (559) 260-7171
4  Email: kay@mckenzieparker.com
   Attorney for Plaintiff
5  GINA GARRETT

6
   Louis A. Leone, Esq. (SBN 099874)
7  Katherine A. Alberts, Esq. (SBN 2128251)
   LEONE & ALBERTS
8  A Professional Corporation
   1390 Willow Pass Road, Suite 200
9  Concord, CA 94520
   Telephone: (925) 974-8600
10 Facsimile: (925) 974-8601
11 Attorneys for Defendants
   KYLA JOHNSON-TRAMMELL
12 And TARA GARD

13
                    IN THE UNITED STATES DISTRICT COURT
14                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | GINA GARRETT,                          | CASE NO.: 4:21-cv-03323-HSG
17 |                                        |
   |              Plaintiff,                | JOINT STIPULATION FOR ORDER
18 |       vs.                              | EXTENDING TIME FOR PLAINTIFF'S
   |                                        | OPPOSITION TO DEFENDANTS' MOTION
19 |                                        | TO DISMISS
20 | KYLA JOHNSON-TRAMMELL,                 |
21 | an individual; and TARA GARD,          | Amended Complaint Filed: March 4, 2021
   | an individual,                         | Jury Trial Date:        May 1, 2023
22 |                                        |
23 |              Defendants.               |
   |_____| Honorable Haywood S. Gilliam, Jr.

24
25
26
27
28

-1-
STIPULATION AND ORDER EXTENDING TIME FOR PLF'S OPPOSITION TO MOTION DISMISS

**STIPULATION**

WHEREAS Plaintiff GINA GARRETT is represented by Attorney Kay M. Parker and Defendants KYLA JOHNSON-TRAMMELL and TARA GARD are represented by Attorney Katherine A. Alberts ("the Parties");

WHERAS on April 28, 2022, the Defendants filed a Motion to Dismiss the first amended complaint and said motion is scheduled for hearing on **August 25, 2022**;

WHEREAS Plaintiff's Opposition to Defendants' Motion to Dismiss was due May 12, 2022;

WHEREAS the Parties are currently under the Court's Order of Referral of the case to private mediation pursuant to the recently issued Joint Stipulation and Order;

WHEREFORE the Parties have agreed to this Joint Stipulation for Order Extending the Time for Plaintiff's Opposition to Defendants' Motion to Dismiss to the due date of **July 24, 2022;**

WHEREAS the Parties have now agreed to the extension of time for Plaintiff's Opposition to the Motion to Dismiss to occur after the deadline for private mediation. In addition, this extension of time for Plaintiff's Opposition Papers would have **no effect on the schedule of the case**.  The Parties hereby jointly request the Court for an O**rder Extending Time for Filing Plaintiff's Opposition to Defendants' Motion to Dismiss to July 24, 2022.  Defendants' Reply is due by August 4, 2022.**

**IT IS SO AGREED**.

Date: May 12, 2022                   /s/ *Kay M. Parker*
                                    KAY M. PARKER
                                    Attorney for Plaintiff
                                    GINA GARRETT

Date: May 12, 2022                  */s/ Katherine Alberts*
                                    KATHERINE A. ALBERTS
                                    Attorney for Defendants
                                    KYLA JOHNSON-TRAMMELL and TARA GARD

   **I, Kay M. Parker, am the ECF User whose ID and password are being used to file this Joint Stipulation and Proposed Order Extending Time for Plaintiff's Opposition to Motion to Dismiss. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Katherine Alberts has concurred in this filing.**
                                    **/s/ Kay M. Parker**

| | |
|---|---|
| 1 | **PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS SO ORDERED.** |
| 2 | **DATE: 5/17/2022** |
| 3 | _____<br>**HON. HAYWOOD S. GILLIAM, JR.**<br>**UNITED STATES DISTRICT JUDGE** |