UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>KYLA JOHNSON-TRAMMELL, et al.,<br><br>    Defendants. | Case No. 21-cv-03323-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 102 |

A case management conference was held on November 22, 2022. Having considered the parties' request, *see* Dkt. No. 102, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | January 23, 2023 |
| Exchange of Rebuttal Expert Reports | February 3, 2023 |
| Close of Fact and Expert Discovery | February 17, 2023 |
| ADR Deadline | March 10, 2023 |
| Dispositive Motion Hearing Deadline | April 6, 2023, at 2:00 p.m. |
| Pretrial Conference | July 18, 2023, at 3:00 p.m. |
| Jury Trial (4 days) | August 7, 2023, at 8:30 a.m. |

As discussed at the case management conference, the Court expressly does not find good cause for the parties' failure to meet many of the prior deadlines, notwithstanding Plaintiff's counsel's very recent (and legitimate) personal emergency. The Court is entering this revised scheduling order solely to avoid prejudice to Plaintiff based on counsel's errors. **The schedule will not be extended any further absent a showing of truly exceptional reasons. Any further**

**failure by any party to scrupulously comply with all dates and deadlines ordered by the Court, and all other Court orders, will result in the imposition of sanctions and a referral to the Court's Standing Committee on Professional Responsibility.**

This order **TERMINATES** Dkt. No. 102, the parties' Joint Administrative Motion for Amendment of Scheduling Order.

**IT IS SO ORDERED.**

Dated: 11/28/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge