Kay M. Parker (SBN 143140)
LAW OFFICE OF KAY M. PARKER
3700 Tully Rd., #16
Modesto, CA 95356

Tel. (559) 260-7171
Email: kay@mckenzieparker.com

Attorney for Plaintiff
GINA MURPHY-GARRETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MURPHY- GARRETT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> KYLA JOHNSON-TRAMMELL, an individual, et al., <br><br> Defendants. | Case No.: 4:21-cv-03323-HSG <br><br> **ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO ALLOW KAY PARKER TO APPEAR VIA TELEPHONE AT THE HEARING ON 2-7-2023 (as modified)** <br><br> DATE:   Feb. 7, 2023 <br> TIME:    1:00 P/M/ <br> PLACE:  Courtroom 1 <br><br> HON. HAYWOOD S. GILLIAM, JR. |

///

///

---

REQUEST BY KAY PARKER TO APPEAR VIA TELEPHONE AT TODAY'S HEARING (2/7/2023 AT 1:00 PM)
CASE NO. 4:21-CV-03323-HSG

1

The Court having received and reviewed the Application of Kay Parker, Attorney for Plaintiff Gina Murphy-Garrett, to be allowed to appear by telephone at today's hearing due to an earlier pre-scheduled matter that is in conflict with the current matter, the Court finds GOOD CAUSE and hereby GRANTS in Part and DENIES in Part the request. Kay Parker is directed to appear via Zoom. The Zoom information is:

https://cand-uscourts.zoomgov.com/j/1607976056?pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09

    Meeting ID: 1607976056

    Password: 129759

**IT IS SO ORDERED.**

Dated: _____2/7/2023_____

*Haywood S. Gilliam Jr.* (signature)
HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE