UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>KYLA JOHNSON-TRAMMELL, et al.,<br><br>        Defendants. | Case No. 21-cv-03323-HSG<br><br>**ORDER SETTING IN-PERSON CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' recent filings, Dkt. Nos. 116, 117 and 118, the Court **SETS** an **in-person** case management conference on February 16, 2023 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. **The Court will not grant any request to appear via Zoom or telephone**, and counsel simply need to clear their calendars and show up. Failure to appear as ordered will result in sanctions. The recurring problems in this case are again disrupting the case schedule, which the Court cannot tolerate.

**IT IS SO ORDERED.**

Dated: 2/13/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge