UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYLA JOHNSON-TRAMMELL, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03323-HSG   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 118, 125 |

On February 13, 2023, Defendant Kyla Johnson-Trammell filed a discovery letter brief concerning Plaintiff Gina Garrett's responses to Defendant's first and second sets of requests for production, first and second sets of requests for admissions, and first and second sets of interrogatories. ECF No. 118. On February 16, 2023, Judge Gilliam ordered the parties to meet and confer. He ordered the parties to file a joint discovery letter brief "[i]f there are any outstanding discovery disputes after the meet and confer," ECF No. 120. On February 22, 2023, Defendant filed a unilateral discovery letter brief, which states "[p]er the Court's order on February 16, 2023, this letter outlines those portions of Plaintiff's discovery responses which remain at issue." ECF No. 125.

Accordingly, the Court **DENIES** the letter brief at ECF No. 118 at moot. The Court **ORDERS** Plaintiff to file a response to Defendant's February 22 letter brief no later than February 27, 2023. The response shall not exceed four pages. Plaintiff is advised that the failure to file a timely response will be treated as a default.

**IT IS SO ORDERED.**

Dated: February 23, 2023

THOMAS S. HIXSON
United States Magistrate Judge