UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KYLA JOHNSON-TRAMMELL, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-03323-HSG<br><br>**ORDER IMPOSING SANCTIONS ON PLAINTIFF'S COUNSEL AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS A TERMINATING SANCTION** |

On February 21, 2023, the Court issued an order. Dkt. No. 122. The Court ordered plaintiff's counsel Kay Parker to (1) certify by the close of business on February 22 that she had produced by February 17 the documents discussed at the February 16 hearing; and (2) show cause by February 23 why counsel should not be sanctioned for failing to comply with the Court's order directing her to meet and confer and submit a proposed revised schedule by February 17. *Id.*[1] Plaintiff's counsel failed to comply with either order, and defense counsel represents under oath that as of February 23, they still had not received the documents Plaintiff's counsel committed at the hearing to produce by the next day. Dkt. No. 126 at 5.

Plaintiff's counsel's persistent failure to comply with the Court's orders is making it impossible to move this case forward in an orderly manner. Plaintiff's counsel entirely failed to comply with the Court's scheduling order setting February 17, 2023 as the discovery cutoff, or to comply with the Court's order to cooperate in the submission of a proposed revised schedule to try to keep the case moving while maintaining the trial date. The Court can draw no other conclusion than that plaintiff's counsel has decided she does not have to comply with orders, and appears to

---

[1] Defense counsel timely and appropriately responded to the order to show cause, Dkt. No. 126, and that order is hereby **DISCHARGED** as to them with a finding that no sanctions are warranted against them.

think the Court is powerless to enforce them.

The Court has had enough. Plaintiff's counsel Kay Parker is **SANCTIONED** in the amount of $250 for failing to comply with the February 21 order. This sanction is to be paid by Ms. Parker, not passed on to her client.

Further, Plaintiff's counsel is **ORDERED** to show cause why terminating sanctions (i.e., the dismissal of this lawsuit) should not be imposed based on counsel's pervasive failure to comply with (or even respond to) orders. Counsel's behavior, in particular her failure to treat the Court's deadlines as orders to be followed rather than suggestions to be considered and complied with at her discretion, is making it impossible for the Court and the parties to move this case to an orderly resolution. Plaintiff's counsel must respond to this order to show cause by 5:00 p.m. Pacific Time on Tuesday, February 28, 2023. The Court will consider failure to respond to be further support for the entry of terminating sanctions.

It is not clear to the Court whether Plaintiff herself is aware of the gravity of the situation her counsel has created. Plaintiff's counsel is directed to provide a copy of this order to her client by email, and must file a document on the docket confirming under penalty of perjury that she has done so. Counsel must do so either in the response to the order to show cause that is due on February 28 or in a separate document filed no later than that date.

This is the Court's last warning.

**IT IS SO ORDERED.**

Dated: February 25, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge