UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>KYLA JOHNSON-TRAMMELL, et al.,<br><br>        Defendants. | Case No. 21-cv-03323-HSG<br><br>**SECOND AMENDED SCHEDULING ORDER** |

A case management conference was held on March 28, 2023. Having considered the parties' proposals, *see* Dkt. No. 140, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 31, 2023 |
| Exchange of Opening Expert Reports | June 14, 2023 |
| Exchange of Rebuttal Expert Reports | July 5, 2023 |
| Close of Expert Discovery | July 24, 2023 |
| Dispositive and *Daubert* Motion Hearing Deadline | October 5, 2023, at 2:00 p.m. |
| Pretrial Conference | January 9, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | January 29, 2024, at 8:30 a.m. |

//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This order **TERMINATES** Dkt. No. 140.
4   **IT IS SO ORDERED.**
5   Dated: 4/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge