JAMES DRAKE, IV, ESQ. (SBN: 301178)
**DRAKE LEGAL GROUP**
620 Newport Center Dr, Ste 1100
Newport Beach, CA 92660
Telephone: (833)372 5354
Email: info@drakelfg.com

Attorney for Plaintiff
GINA GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina Murphy-Garrett, <br><br> Plaintiff, <br><br> Vs. <br><br> Governing Board of Oakland Unified School District et al, <br><br> Defendant, | Case No.: 4:21-cv-03323-HSG <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: 4/25/2023

By: _____
Hon. Haywood S. Gilliam, Jr.
Judge of the U.S. District Court
Northern District of California

- 1 -
**ORDER OF DISMISSAL**